UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DAGGS,<br><br>        Petitioner,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>        Respondent. | No. CV 19-6545-PSG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted and judgment is entered dismissing the Petition for lack of jurisdiction.

DATED: 6/5/2020

PHILIP S. GUTIERREZ
United States District Judge