UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD DAGGS, | ) | NO. CV 19-6545-PSG (AGR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| BUREAU OF PRISONS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed for lack of jurisdiction.

DATED: 6/5/2020

_____
PHILIP S. GUTIERREZ
United States District Judge